# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:23-cv-00021-MOC

| | |
|---|---|
| **BETH ROBINSON,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**KILOLO KIJAKAZI,** )<br>**Acting Commissioner of** )<br>**Social Security,** )<br>**Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees. (Doc. No. 13). Defendant has consented to the motion. The Court finds that the requested amount is reasonable.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff is awarded attorney fees in the amount of $4,450.00 and costs in the amount of $402.00 under 28 U.S.C. § 2412(a). Full or partial remittance of the EAJA award will be contingent on a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If Plaintiff has no outstanding federal debt, the Commissioner may honor any EAJA assignment that Plaintiff may provide and make the check(s) payable to Plaintiff's counsel. However, if Plaintiff has an outstanding federal debt, the Commissioner will make the check(s) payable to Plaintiff directly and deliver the check(s) to the business address of Plaintiff's counsel. The amount of EAJA award payable to Plaintiff will be the balance of the EAJA award remaining after subtracting the amount of Plaintiff's outstanding federal debt. This award will be

1

paid directly to Plaintiff, Beth Robinson, and sent to the business address of Plaintiff's counsel. If Plaintiff's outstanding federal debt exceeds the amount of the EAJA award approved pursuant to the Order, the amount of the EAJA award will be used to offset Plaintiff's federal debt and no EAJA award shall be paid.

Signed: September 26, 2023

Max O. Cogburn Jr.
United States District Judge